UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

2004 JUN 29 P 3: 25

U.S. DISTRICT COURT
DISTRICT OF MASS

ATTACHMENT 1

PLAINTIFF'S NAME
Carol Walker

V.

CIVIL ACTION

NO. _____

Defendant's Name
JOHN McNEAL of
Lorenzo Pitts, INC.
270 ROXBURY STREET
ROXBURY, MA 02119

COMPLAINT

**Parties**

1. The plaintiff is Carol Walker, a resident of Boston, Suffolk County, MA; and a legal resident of the United States.

2. The defendant, John McNeal, is a resident of Suffolk County (Boston), and a citizen of the United States.

3. Lorenzo Pitts, Inc, is an employer of Mr. John McNeal, resident of Boston, Suffolk County, U.S. citizen.

**Jurisdiction**

4. This court has jurisdiction over this matter pursuant to 28 U.S.C. §1332.

## Facts

5. On June 11, 2004 John McNeal entered into my private home, <u>without permission</u>.
6. He used a key and terrified my 12-yr. old girl.
7. He alarmed my 13 yr. old son.
8. He brought a woman with him.
9. ~~8.~~ The children did not tell him to enter.
10. ~~9.~~ He entered at a time when he knew I would be away, and usually nobody is home.
11. ~~10.~~ He was out of uniform, no clipboard or forms.

~~WHEREFORE THE PLAINTIFF DEMANDS JUDGEMENT AGAINST THE DEFENDANTS FOR DAMAGES AND SUCH OTHER RELIEF AS THIS COURT DEEMS JUST.~~

~~10.~~ I AM THE PLAINTIFF REQUESTING A TRIAL BY JURY

11. I THE PLAINTIFF DEMANDS A TRIAL BY JURY, $1.5 million, no rent increase above $295 per month, deed to 128 Intervale St. units 1-6, Security deposit refund in full ($536) when moving out ), plaintiff asks for the right to continue residing at current address at ~~pres~~ the rate of $295 per

Signature: Carol Walker

Name: CAROL WALKER +5

Address: 128 INTERVALE STREET

Boston, Massachusetts 02121

Telephone #: (617) 427-4720

Plaintiff asks that all assets of Peabody Construction/ IFU/ EDA Management, be frozen until there resolution of this case.

Plaintiff asks for Congressional Investigation.