UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Carol Walker ,

               Plaintiff,

      v.                            Civil Action No. 04-11462-GAO

John McNeal, et al, ,

               Defendants.

ORDER ON APPLICATION TO
PROCEED WITHOUT PREPAYMENT OF FEES

Now before the Court is plaintiff's application to proceed without prepayment of fees and affidavit under 28 U.S.C. § 1915:

The application to proceed without prepayment of fees is:

☒    GRANTED.

G    DENIED for the following reason(s):

G    The Clerk shall return the complaint to the undersigned for screening on the merits pursuant to 28 U.S.C. § 1915(e)(2) and summonses shall NOT issue pending the completion of screening on the merits.

G    The Clerk shall issue summonses and the United States Marshal shall serve a copy of the summons, complaint, and this order upon defendant(s) as directed by plaintiff with all costs of service to be advanced by the United States.

SO ORDERED.

 8/5/04                                                     s/ George A. O'Toole, Jr.
DATE                                                 UNITED STATES DISTRICT JUDGE