UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CAROL WALKER,
        Plaintiff,

Civil Action No. 04-11462-GAO

v.

JOHN MCNEAL, et al.,
        Defendants.

ORDER OF DISMISSAL

O'TOOLE, D.J.

In accordance with this Court's order dated August 5, 2004, it is ORDERED that the within action be and it is hereby dismissed.

By the Court,

s/ Marjorie E. Lanier
Deputy Clerk

Date  8/5/04

(Walker Notice of Dismissal Form.wpd - 12/98)
[odism.]